In the Matter of ROOSEVELT SAVINGS BANK, Appellant, v YVONNE SCRUGGS-LEFTWICH, Individually and as Commissioner of the New York State Division of Housing and Community Renewal, et al., Respondents.

Mollen, P. J., Mangano, Niehoff and Weinstein, JJ., concur.